IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 2:19cr 211 |
| | : | JUDGE [Judge Marbley] |
| vs. | : | |
| | : | |
| DANIEL LEE RIPPY, | : | FILED UNDER SEAL |

## MOTION TO SEAL INDICTMENT AND ARREST WARRANT

Now comes the United States, by and through its counsel, Assistant United States Attorney Jessica W. Knight, for the Southern District of Ohio, Eastern Division, and respectfully request that this motion, the Indictment, and Arrest Warrant in the above-entitled cause be sealed because the United States is apprehensive that the defendant may flee the jurisdiction and/or evidence may be destroyed if he becomes aware of the existence of said Indictment and Arrest Warrant.

WHEREFORE, the government respectfully requests that this motion, the Indictment, and Arrest Warrant in this cause be sealed.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Jessica W. Knight
JESSICA W. KNIGHT (0086615)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Jessica.Knight@usdoj.gov