# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL LEE RIPPY<br><br>Defendant. | CASE NO. 2:19cr211<br><br>JUDGE Judge Marbley<br><br>INDICTMENT<br><br>18 U. S. C. § 875(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Threat in Interstate Communications)

On or about November 24, 2018 in the Southern District of Ohio, and elsewhere, the defendant, **DANIEL LEE RIPPY**, knowingly and willfully transmitted in interstate commerce an electronic communication from the State of California to The Ohio State University in Columbus, Ohio that contained a threat to injure students at The Ohio State University and which was sent during the football game between The Ohio State University and the University of Michigan in Columbus, Ohio, to wit: the defendant stated that "your school is going to get shot the fuck up and I'm seriously going to hurt the students and all the players from the football team."

In violation of 18 U.S.C. § 875(c).

A TRUE BILL

s/Foreperson
**FOREPERSON**

**BENJAMIN C. GLASSMAN**
**UNITED STATES ATTORNEY**

*Jessica W. Knight*
JESSICA W. KNIGHT, (0086615)
Assistant United States Attorney