AO 442 (Rev 11-11) Arrest Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 JAN -3 PM 3: 21

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
для the
__Southern__ District of __Ohio__

United States of America
v.

Daniel Lee Ripp
2011 Locust St.
Livermore, CA 94551
*Defendant*

Case No. 2-19-cr-211

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Daniel Lee Rippy**
who is accused of an offense or violation based on the following document filed with the court:

X Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

**INTERSTATE COMMUNICATIONS - THREATS**

Date: Se 30, 2019

*Spencer D. Harris*
*Issuing officer's signature*

City and state: Columbus, OH

Spencer D. Harris
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/27/2019, and the person was arrested on *(date)* 12/30/2019 at *(city and state)* Dublin, CA |
| Date: 12/30/2019 |
| *Arresting officer's signature* |
| Tyler Gossvin Special Agent |
| *Printed name and title* |

AO 442 (Rev 11-11) Arrest Warrant (Page 2)