RECEIVED
UNITED STATES MARSHAL
2020 JAN -8 AM 11: 11

FILED
JAN 8 - 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

USA,

    Plaintiff,

v.

DANIEL LEE RIPPY,

    Defendant.

Case No. 4:19-mj-72087-MAG-1 (DMR)

Charging District's Case No.

2:19-cr-211

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Southern District of Ohio, Columbus.
The defendant may need an interpreter for this language: No Interpreter needed.

The defendant:      ( ) will retain an attorney.

                         (X) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk of the Clerk for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: 1/8/20

DONNA M. RYU
United States Magistrate Judge

Cc: Copy to parties via ECF; U.S. Marshal; Pretrial Services

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Northern District of California.
Date Filed: JAN - 8 2020
SUSAN Y. SOONG, Clerk
By: JESSIE MOSLEY, Deputy Clerk

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DECLARATION IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER COURT SERVICES UNDER THE CRIMINAL JUSTICE ACT

*WARNING: A FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.*

IN UNITED STATES: ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT ☐ OTHER (SPECIFY) _____
USA v. __Daniel Lee Rippy__ DOCKET NO: __4-19-72087__
NAME OF PERSON REPRESENTED: __Same__
☒ DEFENDANT ☐ MATERIAL WITNESS ☐ APPELLANT ☐ GRAND JURY WITNESS ☐ HABEAS PETITIONER ☐ OTHER ___

ARE YOU CURRENTLY EMPLOYED?
☐ YES → EMPLOYER NAME/ADDRESS: _____
☒ NO → MONTH/YEAR OF LAST EMPLOYMENT: __McDonalds 2019__
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ SEPARATED/DIVORCED ☐ WIDOWED
IF MARRIED, IS SPOUSE EMPLOYED? ☐ NO ☐ YES

### INCOME/ASSETS

**a. MONTHLY INCOME**

| SOURCE | YOU | SPOUSE | TOTAL |
|---|---|---|---|
| Salary/wages | None | | |
| Pension(s) | | | |
| Social Security | | | |
| Alimony | | | |
| Other (specify) | | | |

FILED
JAN 08 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

**b. OTHER INCOME** - Income Received In The Past 12 Months From Self-Employment, A Business, Commissions, Rentals, Annuities, Or Other Sources

| AMOUNT RECEIVED | SOURCE |
|---|---|
| $ | None |
| $ | |
| $ | |

**c. ASSETS:** Cash • Real Estate (provide address) • Motor Vehicles • Investment Accounts • Trusts • Any Other Personal Property of Value

| DESCRIPTION | VALUE |
|---|---|
| None | |

### FINANCIAL OBLIGATIONS/LIABILITIES

**a. DEPENDENTS** - List Names, Ages, And Relationships Of All Persons You Actually Support:
None

**b. MONTHLY EXPENSES & DEBTS**

| | | Credit or Charge Cards (List) | Account Balance | Min. Monthly Payment |
|---|---|---|---|---|
| Rent / Mortgage Payment | None | None | | |
| Utilities | | | | |
| Insurance | | | | |
| Transportation Costs | | | | |
| Food | | | | |
| Alimony/Child Support | | | | |
| Other (specify) | | | | |

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS DECLARATION IS TRUE AND CORRECT.

__Daniel Rippy__    __1/8/19__
Signature of Defendant or Other Person Represented    Date

**U.S. GOVERNMENT PRINTING OFFICE: 2018-671-305**

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF<br>RELEASE AND APPEARANCE BOND | DATE<br>Dec 30, 2019 | CASE NUMBER<br>19-mj-72087 MAG |
|---|---|---|---|
| **NAME OF DEFENDANT**<br>DANIEL LEE RIPPY | **ADDRESS**<br>111 Taylor Street, San Francisco | | **TELEPHONE NUMBER**<br>925-525-4465 |
| **NAME OF** ☐SURETY ☐CO-SIGNER ☐CUSTODIAN | **ADDRESS**<br>**FILED** | | **TELEPHONE NUMBER** |
| **NAME OF** ☐SURETY ☐CO-SIGNER ☐CUSTODIAN | **ADDRESS**<br>DEC 30 2019<br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>TO BE POSTED BY: | **TIME/DATE OF NEXT APPEARANCE**<br>1/7/20  10:30 am | **COURTROOM/JUDGE**<br>DMR |
| **AMOUNT OF BOND**<br>☐ PERSONAL RECOGNIZANCE<br>$ | ☒ UNSECURED<br>☐ SECURED BY<br>$ $50,000 | ☐ DEPOSIT RECEIVED ☐ OTHER<br>FROM: | | |

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

☒ Defendant must appear at all proceedings as ordered by the Court and must surrender for service of any sentence imposed.
☒ Defendant must not commit any federal, state, or local crime.
☒ Defendant must not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. § 1503, 1510, 1512, and 1513, on reverse side.
☒ Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services.
☐ Defendant must surrender all passports and other travel documents to Pretrial Services by _____ and must not apply for other passports or travel documents.
☒ Defendant must not possess any firearm, destructive device, or other dangerous weapon.
☐ Defendant must not use alcohol to excess and must not use or possess any narcotic or other controlled substance without a legal prescription.
☒ Defendant must maintain current employment, or if unemployed must seek and maintain verifiable employment, or must commence an educational program subject to approval by Pretrial Services.
☒ Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.
☒ Defendant must participate in substance abuse treatment, on an outpatient or residential basis, as directed by Pretrial Services.
☒ Defendant must participate in mental health treatment as directed by Pretrial Services.
☐ Defendant must have no contact, directly or indirectly, with any co-defendant outside of the presence of counsel.
☒ Defendant must not change residence or telephone number without prior approval of Pretrial Services.
☐ Defendant must remain in the custody of custodian _____ at _____. The custodian must supervise defendant and report any violation of a release condition to Pretrial Services. A custodian who fails do so may be prosecuted for contempt.
☒ Defendant must reside in a halfway house at _111 Taylor SFCA_ and must comply with all conditions of that facility.
☒ Defendant must comply with the following location restrictions:
  ☒ [A] Defendant must not travel outside of: ☒ the Northern District of California (see map on reverse side), ☒ other: _SD Ohio_.
  ☐ [B] Defendant must observe a curfew and remain at his/her residence every day from _____ to _____, except as directed by Pretrial Services.
  ☒ [C] Defendant must remain at his/her residence at all times except for: ☒employment; ☒education; ☐religious services; ☒medical, substance abuse, or mental health treatment; ☒attorney visits; ☒court appearances; ☒court-approved obligations; ☒or other activities approved in advance by ☒Pretrial Services, ☐the Court.
☐ Defendant must submit to location monitoring ☐ by GPS ☐ by RF ☐ as directed by Pretrial Services to ensure compliance with:
  ☐ All court-ordered location restrictions.
  ☐ The following court-ordered location restrictions: _____
☐ The following conditions also apply:

Defendant must contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE AND APPEARANCE

If defendant does not obey these conditions of release and appearance, payment of the full amount of this bond will be due, and all cash or property posted to secure it will be forfeited. Judgment may be entered and executed against defendant and all sureties or co-signers jointly and severally. An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings. Defendant will be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. §§ 3146 and 3147, on reverse side.
We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF DEFENDANT<br>/s/ Daniel Rippy    12/30/19 | SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN<br>/s/ Daniel Rippy    12/30/19 |
|---|---|
| SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN | SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN |
| THIS ORDER AUTHORIZES U.S. MARSHAL TO RELEASE DEFENDANT FROM CUSTODY | SIGNATURE OF MAGISTRATE JUDGE<br>/s/ [signature] | DATE<br>Dec 30, 2019 |

Document No.
3

District Court
Criminal Case Processing

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

THOMAS STOUT (CABN 241348)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Thomas.Stout@usdoj.gov

Attorneys for United States of America

FILED
DEC 30 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DANIEL LEE RIPPY, <br> Defendant. | CASE NO. **MAG 4-19-72087** <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on December 29, 2019, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

■ Indictment

☐ Information

☐ Criminal Complaint

☐ Other (describe) _____

pending in the Southern District of Ohio, Case Number: CR 2:19-cr-211.

In that case (copy of indictment attached), the defendant is charged with violations of Title 18,

Document No.
District Court
Criminal Case Processing

RULE 5                                                                                          v. 7/10/2018

United States Code, Section 875(c), threat in interstate communications.

The maximum penalties are as follows:

18 U.S.C. § 875(c) – up to 5 years imprisonment, up to $250,000 fine, up to 3 years supervised release, and $100 special assessment.

Respectfully Submitted,

DAVID L. ANDERSON
UNITED STATES ATTORNEY

Date: December 30, 2019

THOMAS STOUT
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
__Southern__ District of __Ohio__

| United States of America | ) | |
| v. | ) | Case No. 2-19-cr-211 |
| Daniel Lee Ripp<br>2011 Locust St.<br>Livermore, CA 94551 | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Daniel Lee Rippy**,
who is accused of an offense or violation based on the following document filed with the court:

X Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

**INTERSTATE COMMUNICATIONS - THREATS**

Date: __Sep 30, 2019__                    *Spencer D. Harris*
                                          *Issuing officer's signature*

City and state: __Columbus, OH__          **Spencer D. Harris**
                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.<br><br>Date: _____<br><br>*Arresting officer's signature*<br><br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

Case: 2:19-cr-00211-ALM  Doc #: 3 Filed: 09/26/19 Page: 1 of 1  PAGEID #: 3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

2019 SEP 26  AM 11: 59

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL LEE RIPPY<br><br>Defendant. | CASE NO. 2:19-cr-211<br><br>JUDGE Judge Marbley<br><br>INDICTMENT<br><br>18 U. S. C. § 875(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Threat in Interstate Communications)

On or about November 24, 2018 in the Southern District of Ohio, and elsewhere, the defendant, DANIEL LEE RIPPY, knowingly and willfully transmitted in interstate commerce an electronic communication from the State of California to The Ohio State University in Columbus, Ohio that contained a threat to injure students at The Ohio State University and which was sent during the football game between The Ohio State University and the University of Michigan in Columbus, Ohio, to wit: the defendant stated that "your school is going to get shot the fuck up and I'm seriously going to hurt the students and all the players from the football team."

In violation of 18 U.S.C. § 875(c).

A TRUE BILL

s/Foreperson
**FOREPERSON**

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

*s/ Jessica W. Knight*
JESSICA W. KNIGHT, (0086615)
Assistant United States Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street, Suite No. 400 South
Oakland, CA 94612

www.cand.uscourts.gov

| | |
|---|---|
| Susan Y. Soong<br>Clerk of Court | General Court Number<br>510-637-3530 |

January 8, 2020

Office of the Clerk
Joseph P. Kinneary U.S. Courthouse
Room 121
85 Marconi Boulevard
Columbus, Ohio 43215

Case Name: USA v. Daniel Lee Rippy
Case Number: CAND: 4:19-mj-72087-MAG-1    OHSD # 2:19-cr-00211-ALM-1
Charges: 18:875(c): Threat in Interstate Communications

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Kandis A. Westmore. The following action has been taken:

( )    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )    The defendant has a court appearance in your court on or before:

Enclosed are the following documents:

(X)    Original Rule 5 affidavit

(X)    Order Setting Conditions of Release and Appearance

(X)    CJA 23 Financial Affidavit

(X)    Certified copy of Order Requiring Defendant to Appear in the District Where Charges are Pending and Transferring Bail

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Susan Y. Soong, Clerk

By: _____
Jessie Mosley,
Case Systems Administrator

Receipt of the above-described documents is acknowledged

Date: _____

**CLERK, U.S. DISTRICT COURT**

By: _____
Deputy Clerk