IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                               Criminal Action 2:19-cr-211
                                       CHIEF JUDGE MARBLEY

DANIEL LEE RIPPY

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

Pursuant to the CARES Act, H.R.748 § 15002 *et seq*, and in accordance with this Court's General Orders 20-07, 20-07A, 20-18, this Court finds that the Defendant, after consultation with counsel, has consented to the use of video/teleconferencing to conduct the plea hearing held on July 1, 2020.

Accordingly, the plea hearing held on July 1, 2020, may be conducted by:

__X__  video teleconference

_____  teleconference, because videoconferencing is not reasonably available for the following reasons:

       _____  that the defendant is detained at a facility that is lacking video teleconferencing capability.

       _____  other.

IT IS SO ORDERED.

                                       Norah McCann King
                                       United States Magistrate Judge

DATED: July 1, 2020

1