AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.
Daniel Lee Rippy

) Case No. 2:19-cr-211
) USM # 26073-111

Defendant

**FILED**
JUL 1 4 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Daniel Lee Rippy,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Alleged violations while on Supervised Release

Date: 01/31/2022

_Issuing officer's signature_

City and state: Columbus, Ohio

Richard W. Nagel, Clerk, U.S. District Court
_Printed name and title_

### Return

This warrant was received on (date) 01/31/2022, and the person was arrested on (date) 07/10/2022
at (city and state) Pleasanton, CA.

Date: 07/11/2022

_Arresting officer's signature_

Qentin Kinlock SDUSM
_Printed name and title_